# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



```
                                                    10 DEC 16 AM 11:48
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        vs.<br><br>RICARDO LOPEZ-HERNANDEZ,<br><br>             Defendant. | CASE NO. 10CR4622-IEG<br><br>JUDGMENT OF DISMISSAL |



IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case #10CR4886-IEG against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of the Information: 21 USC 952 AND 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: DECEMBER 15, 2010

_____
BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE